# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5158**                                      **September Term, 2024**

**1:25-cv-00799-RCL**

**Filed On: July 1, 2025**

RFE/RL, Inc.,

      Appellee

      v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the United
States Agency for Global Media, et al.,

      Appellants


**BEFORE:**    Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins,
                Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the en banc petition, which moves for en banc
reconsideration and vacatur of the court's May 7, 2025 order granting the government's
motion for stay pending appeal, and the response thereto; the administrative stay
entered by the en banc court on May 7, 2025; and the court's order issued this same
day granting the motion for voluntary dismissal, it is

**ORDERED** that the motion for en banc reconsideration and vacatur be denied.
It is

**FURTHER ORDERED** that the administrative stay be dissolved.


### Per Curiam


                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

      BY:    /s/
            Scott H. Atchue
            Deputy Clerk